■ JOSEPH PERITORE, Appellant, v ANNA & DIANE CAB CORP. et al., Respondents. [6 NYS3d 475]—Order, Supreme Court, New York County (Arlene P. Bluth, J.), entered June 18, 2014, which, in this action for personal injuries sustained when plaintiff pedestrian was struck by defendants' vehicle, denied plaintiff's motion for summary judgment on the issue of liability, unanimously affirmed, without costs.

The parties' conflicting versions as to how the accident occurred, including whether plaintiff was within the crosswalk at the time that he was struck by defendants' vehicle, raise triable issues that preclude the grant of plaintiff's motion for

summary judgment on the issue of liability (*see Thoma v Ronai*, 82 NY2d 736 [1993]). Concur—Acosta, J.P., Saxe, DeGrasse and Richter, JJ.